ORDERED.

Dated:  February 27, 2017

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

UP-FIELDGATE US INVESTMENTS-
FASHION SQUARE, LLC,

      Debtor.
_____ /

UP-Fieldgate US Investments-Fashion
Square, LLC,

      Plaintiff,

v.

The Bancorp Bank,
Betsy Z. Cohen, Daniel Cohen,

      Defendants.
_____ /

Case No. 6:17-bk-00088-CCJ
Chapter 11

Adv. Pro. No. 6:17-ap-00019-CCJ

## ORDER DISMISSING ADVERSARY PROCEEDING CASE

THIS CASE came on for consideration the Settlement Agreement filed in the main bankruptcy case between The Bancorp Bank and UP-Fieldgate US Investments-

Fashion Square, LLC, as Debtor and Plaintiff. The Court having considered the matter and the statements of counsel present, and being fully advised in the premises, it is

**ORDERED:**

1. This case is dismissed with prejudice pursuant to the terms of the Settlement Agreement approved by this Court by separate order, with the parties to bear their own attorneys' fee and costs.

2. This Order shall not affect the terms of the Settlement Agreement.

Attorney Kevin A. Reck is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.